John M. Berman, OSB No. 72024
Attorney-At-Law
7175 SW Beveland St., Suite 210
Tigard, OR 97223
Tel. No. 503 670-1122
Fax No. 503 670-1122
e-mail: jberman976@aol.com

Attorney for Plaintiff Hessel Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HESSEL ENTERPRISES, INC., an Oregon corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>The UNITED STATES OF AMERICAN by and through the Department of the Treasury, Internal Revenue Service, STATE OF OREGON by and through the Department of Revenue and WASHINGTON COUNTY, a political subdivision of the State of Oregon<br><br>　　　　　　Defendants. | CASE NO. CV '12-0093 BR<br><br>DECLARATORY JUDGMENT<br>(Solely as to Plantiff's Claims Against the State of Oregon and Washington County)<br>(Declaratory) |

　　It is hereby ADJUDGED AND DECLARED as follows:

　　1. Plaintiff Hessel Enterprises, Inc. has priority to the funds that are the subject of this action ahead of any claims by the State of Oregon, Department of Revenue and

1 – JUDGMENT (DECLARATORY)

John M. Berman
Attorney at Law
7175 SW Beveland St., Ste 210
Portland, OR. 97223
(503) 670-1122
Fax (503) 670-0343

Washington County. As a result,

    a. The State of Oregon, Department of Revenue does not have claims against Stacy and Witbeck, Inc., a California corporation, and Kiewit Pacific Co., a Delaware corporation, doing business as Stacy and Witbeck/Kiewit Pacific Co., a Joint Venture , the Joint Venture partners individually, its performance and payment bond sureties, Safeco Insurance Company of America, a Washington Corporation and Travelers Casualty and Surety Company of America, a Connecticut corporation, the funds that are the subject of this action or Plaintiff Hessel Enterprises, Incfor unpaid taxes owed by W&R, and all such claims shall be and hereby are fully resolved, discharged, dismissed, released and exonerated as to those entities.  Nothing herein shall release or discharge any liability of W&R to Defendant State of Oregon, Department of Revenue; and

    b. Washington County. does not have claims against Stacy and Witbeck, Inc., a California corporation, and Kiewit Pacific Co., a Delaware corporation, doing business as Stacy and Witbeck/Kiewit Pacific Co., a Joint Venture , the Joint Venture partners individually, its performance and payment bond sureties, Safeco Insurance Company of America, a Washington Corporation and Travelers Casualty and Surety Company of America, a Connecticut corporation, the funds that are the subject of this action for unpaid taxes owed by W&R, and all such claims shall be and hereby are fully resolved, discharged, dismissed, released and exonerated as to those entities.  Nothing

2 – JUDGMENT (DECLARATORY)

John M. Berman
Attorney at Law
7175 SW Beveland St., Ste 210
Portland, OR. 97223
(503) 670-1122
Fax (503) 670-0343

1  herein shall release or discharge any liability of W&R to Defendant
2  Washington County.
3
4  2. None of the parties to this action shall recover costs, disbursements or fees herein.
5  3. Pursuant to FRCP 54(b), the Court expressly determines that there is no just reason
6  for delay and this constitutes a final judgment as to the claims against the State of
7  Oregon and Washington County.
8  Dated this August 20, 2012.

_____
Honorable Anna J. Brown
United States District Court Judge

Submitted by /s/John M. Berman____, John M. Berman, OSB No. 72024, Attorney for Plaintiff Hessel Enterprises, Inc.

It is so stipulated:

/s/ Kristen A. Berberick
Kristen A. Berberick, OSB No. 082617
Assistant Attorney General, State of Oregon
Attorney for State of Oregon

/s/ Brad Anderson                              /s/John M. Berman
Brad Anderson, OSB No. 95199                   John M. Berman, OSB No. 72024
Senior Assistant County Counsel                Attorney for Hessel Enterprises, Inc.
Attorney for Washington County

3 – JUDGMENT (DECLARATORY)

John M. Berman
Attorney at Law
7175 SW Beveland St., Ste 210
Portland, OR. 97223
(503) 670-1122
Fax (503) 670-0343