John M. Berman, OSB No. 72024
Attorney-At-Law
7175 SW Beveland St., Suite 210
Tigard, OR 97223
Tel. No. 503 670-1122
Fax No. 503 670-1122
e-mail: jberman976@aol.com

Attorney for Plaintiff Hessel Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| HESSEL ENTERPRISES, INC., an Oregon corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>The UNITED STATES OF AMERICAN by and through the Department of the Treasury, Internal Revenue Service, STATE OF OREGON by and through the Department of Revenue and WASHINGTON COUNTY, a political subdivision of the State of Oregon<br><br>　　　　　　　Defendants. | CASE NO. CV '12-0093 BR<br><br>DECLARATORY JUDGMENT<br>(Solely as to Plantiff's Claims Against the State of Oregon and Washington County)<br>(Declaratory) |

It is hereby ADJUDGED AND DECLARED as follows:

1. Plaintiff Hessel Enterprises, Inc. has priority to the funds that are the subject of this

action ahead of any claims by the State of Oregon, Department of Revenue and

1 – JUDGMENT (DECLARATORY)

John M. Berman
Attorney at Law
7175 SW Beveland St., Ste 210
Portland, OR. 97223
(503) 670-1122
Fax (503) 670-0343

Washington County. As a result,

    a. The State of Oregon, Department of Revenue does not have claims against Stacy and Witbeck, Inc., a California corporation, and Kiewit Pacific Co., a Delaware corporation, doing business as Stacy and Witbeck/Kiewit Pacific Co., a Joint Venture , the Joint Venture partners individually, its performance and payment bond sureties, Safeco Insurance Company of America, a Washington Corporation and Travelers Casualty and Surety Company of America, a Connecticut corporation, the funds that are the subject of this action or Plaintiff Hessel Enterprises, Incfor unpaid taxes owed by W&R, and all such claims shall be and hereby are fully resolved, discharged, dismissed, released and exonerated as to those entities. Nothing herein shall release or discharge any liability of W&R to Defendant State of Oregon, Department of Revenue; and

    b. Washington County. does not have claims against Stacy and Witbeck, Inc., a California corporation, and Kiewit Pacific Co., a Delaware corporation, doing business as Stacy and Witbeck/Kiewit Pacific Co., a Joint Venture , the Joint Venture partners individually, its performance and payment bond sureties, Safeco Insurance Company of America, a Washington Corporation and Travelers Casualty and Surety Company of America, a Connecticut corporation, the funds that are the subject of this action for unpaid taxes owed by W&R, and all such claims shall be and hereby are fully resolved, discharged, dismissed, released and exonerated as to those entities. Nothing

2 – JUDGMENT (DECLARATORY)

John M. Berman
Attorney at Law
7175 SW Beveland St., Ste 210
Portland, OR. 97223
(503) 670-1122
Fax (503) 670-0343

herein shall release or discharge any liability of W&R to Defendant Washington County.

2. None of the parties to this action shall recover costs, disbursements or fees herein.

3. Pursuant to FRCP 54(b), the Court expressly determines that there is no just reason for delay and this constitutes a final judgment as to the claims against the State of Oregon and Washington County.

Dated this August 20, 2012.

_____
Honorable Anna J. Brown
United States District Court Judge

Submitted by /s/John M. Berman____, John M. Berman, OSB No. 72024, Attorney for Plaintiff Hessel Enterprises, Inc.

It is so stipulated:

/s/ Kristen A. Berberick
Kristen A. Berberick, OSB No. 082617
Assistant Attorney General, State of Oregon
Attorney for State of Oregon

/s/ Brad Anderson                    /s/John M. Berman
Brad Anderson, OSB No. 95199         John M. Berman, OSB No. 72024
Senior Assistant County Counsel      Attorney for Hessel Enterprises, Inc.
Attorney for Washington County

3 -- JUDGMENT (DECLARATORY)

John M. Berman
Attorney at Law
7175 SW Beveland St., Ste 210
Portland, OR. 97223
(503) 670-1122
Fax (503) 670-0343